IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARA ASHWORTH | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 23-1534 |
| MAIN LINE HOSPITALS INC. et al | : | |

**ORDER**

**AND NOW**, this 29th day of May, 2024, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 14), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court is directed to mark this matter as **CLOSED**.

**IT IS SO ORDERED**.

BY THE COURT:

　　/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**